<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6875**

EDDIE GAMBLE, SR.,

            Plaintiff - Appellant,

      v.

VERNESSA CRADDOCK,

            Defendant – Appellee,

      and

L. T. WRIGHT,

            Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:11-ct-03176-FL)

Submitted: September 29, 2015      Decided: October 15, 2015

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eddie Gamble, Sr., Appellant Pro Se. Michael Lockridge, Special Assistant United States Attorney, Butner, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Gamble, Sr., seeks to appeal the district court's order denying relief on several postjudgment motions in his action filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Gamble's informal brief does not challenge the basis for the district court's disposition, Gamble has forfeited appellate review of the court's order. Accordingly, we deny Gamble's motion for appointment of counsel and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED